**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jared Paul SCHILLINGER, Petitioner**

**No. 335 WAL 2017**

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.** The "Petition to File Post–Submission Communications Pursuant to Pa.R.A.P. 2501" is also **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jesse Ray BUSH, Petitioner**

**No. 557 MAL 2017**

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Edward GORDON, Petitioner**

**No. 506 MAL 2017**

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**